```
GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH J. PRECUP
Assistant U.S. Attorney
State Bar No.: 34335
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.precup@usdoj.gov
Attorneys for Plaintiff
```

FILED
2023 MAR -1  PM 4: 31
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-00274 TUC-JCH(MSA)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Mohammad Yunus Bin<br>Mohamed-Hashim,<br>　　(Counts 1-3)<br><br>　　　　　　Defendant. | **INDICTMENT**<br><br>VIOLATIONS:<br>8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>8 USC 1324 (a)(1)(B)(iii)<br>(Conspiracy to Transport Illegal<br>Aliens for Profit Placing in Jeopardy the<br>Life of Any Person)<br>**Count 1**<br><br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>8 U.S.C. § 1324 (a)(1)(B)(iii)<br>(Transportation of Illegal Aliens<br>for Profit Placing in Jeopardy the Life of<br>Any Person)<br>**Counts 2-3** |

**THE GRAND JURY CHARGES:**

**COUNT 1**

From a date unknown to on or about February 4, 2023, in the District of Arizona, Mohammad Yunus Bin Mohamed-Hashim, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, and during and in relation to

which the defendant caused serious bodily injury to or placed in jeopardy the life of any person, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).

## COUNT 2

On or about February 4, 2023, in the District of Arizona, Mohammad Yunus Bin Mohamed-Hashim, knowing and in reckless disregard of the fact that an alien, Christian Huerta-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and during and in relation to which the defendant caused serious bodily injury to or placed in jeopardy the life of any person, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).

## COUNT 3

On or about February 4, 2023, in the District of Arizona, Mohammad Yunus Bin Mohamed-Hashim, knowing and in reckless disregard of the fact that an alien, Apolinar Puentes-Ramirez, aka Apolinar Puentes-Ramires, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and during and in relation to which the defendant caused serious bodily injury to or placed

///

in jeopardy the life of any person, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: March 1, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
SARAH J. PRECUP
Assistant U.S. Attorney